**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6736**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DALE JAMES DEPASQUALE,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Alexander Harvey II, Senior District Judge.  (CR-92-123-H, CA-96-208-H)

---

Submitted:  October 31, 1996       Decided:  December 17, 1996

---

Before NIEMEYER, HAMILTON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Dale James Depasquale, Appellant Pro Se.  Andrew Clayton White, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Depasquale, Nos. CR-92-123-H; CA-96-208-H (D. Md. Apr. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2